# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## WESTERN DIVISION

| | |
|---|---|
| TEDDY WILSON, a/k/a Abasi Nyree Shabazz, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>WARDEN DEBORAH TONEY, et al., )<br>)<br>Respondents. ) | Case No.: 7:19-cv-01575-LSC-SGC |

## MEMORANDUM OPINION

The magistrate judge entered a report on December 2, 2019, recommending this action be dismissed without prejudice for lack of prosecution. (Doc. 11). Although the magistrate judge advised the petitioner of his right to file specific written objections within fourteen (14) days, no objections have been received by the court. In fact, like two previous orders mailed to the petitioner, the U.S. Postal Service returned his copy of the report and recommendation as undeliverable. (Doc. 12; *see* Docs. 7, 10). The petitioner has not provided the court with his current address.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the magistrate judge's report is **ADOPTED**, and the recommendation is **ACCEPTED**. (Doc. 11). Therefore, this action is due to be dismissed without prejudice for lack of prosecution. A certificate of appealability is due to be denied.

A separate order will be entered.

**DONE** and **ORDERED** on December 30, 2019.

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　L. Scott Coogler
　　　　　　　　　　　　　　　United States District Judge

160704